In the Interest of A.R.S. and A.D.S.

Nos. ED 98503, ED 98573, ED 98504, ED 98572.

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 13, 2013.

Deborah M. Bird, St. Louis, MO, Kerry D. Allen, Chesterfield, MO, for appellant.

Chris Koster, Atty. Gen., Gary L. Gardner, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Matthew Mahaffey, St. Louis, MO, Guardian Ad Litem.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, and KURT S. ODENWALD, JJ.

### ORDER

PER CURIAM.

In this consolidated appeal, the mother, L.S.S., and the father, A.R.S., challenge the trial court's judgment terminating their parental rights to their children, A.R.S. and A.D.S. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(1).